IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, STEPHANIE JENEANE FERGUSON,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE JENEANE FERGUSON, ) ) Plaintiff, ) v. ) ) ANDREW SAUL, ) Commissioner of Social Security, ) ) Defendant. ) ) | Case No.: CV  19-03941MAA ORDER AWARDING EAJA FEES MARIA A. AUDERO UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FOUR HUNDRED SEVENTY NINCE DOLLARS ($5,479.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 06/02/20

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE